# EXHIBIT 1

Class Action Complaint
*Nguyen et al. v. Medora Snacks, LLC*
United States District Court
Northern District of California
San Jose Division


**Laboratory Developments, L.L.C.**

P.O. Box  55364  Portland, OR 97238  •  503.705.0666  •  Email: nkahl@msn.com

**Reese Richman, LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001

**Michael R. Reese**
212.643.0500- Phone
212.253.4272- Fax

# CERTIFICATE OF ANALYSIS

## October 12, 2012

For samples received 9-28-12 for the detection of genetically modified organisms (GMO).

**Results:**

| Sample No. | Sample Description | | GMO Results |
|---|---|---|---|
| 0928001-RR | Triangular Popped Corn Chips | | |
| | | 35S | Detected |
| | | NOS | Detected |

**Notes:**
Test sample was analyzed for the presence of GMO by qualitative PCR analysis. DNA was extracted and analyzed for the presence of the 35S promoter and NOS terminator. No inhibition was observed and corn DNA was detected at normal levels.

GMO Detection Limit = 0.01%

Approved By:

_____
Nidal Kahl, Director

Confidential Analysis Page 1 of 1