United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARISA NGUYEN, | ) Case No. 5:14-cv-00618-PSG |
| Plaintiff, | ) **CASE SCHEDULING ORDER** |
| v. | ) **(Re: Docket No. 30)** |
| MEDORA HOLDINGS, LLC, | ) |
| Defendant. | ) |

Based on the parties' joint case management statement and the case management conference on November 4, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that all discovery will proceed together and not be bifurcated.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---

[1] *See* Docket No. 36.

1

Case No. 5:14-cv-00618-PSG
CASE SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Deadline to File Motion for Class Certification | December 22, 2014 |
| 2 | Response to Class Certification | February 9, 2015 |
| 3 | Reply re Class Certification | February 25, 2015 |
| 4 | Hearing on Class Certification | March 10, 2015 |
| 5 | Dispositive Motions Hearing | September 29, 2015 |
| 6 | Pre-Trial Conference | November 3, 2015 |
| 7 | Jury Trial | November 16, 2015 |

**SO ORDERED.**

Dated: November 10, 2014

*(signature)*
PAUL S. GREWAL
United States Magistrate Judge