UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KARISA NGUYEN, | ) | Case No. 5:14-cv-00618-PSG |
| Plaintiff, | ) ) | **CASE SCHEDULING ORDER** |
| v. | ) ) | **(Re: Docket No. 43)** |
| MEDORA HOLDINGS, LLC, | ) ) | |
| Defendant. | ) ) | |
| ANDRE VANDENBERG, | ) ) | Case No. 5:14-cv-04692-PSG |
| Plaintiff, | ) ) | **CASE SCHEDULING ORDER** |
| v. | ) ) | **(Re: Docket No. 41)** |
| MEDORA SNACKS, LLC, | ) ) | |
| Defendant. | ) ) | |

Based on the parties' joint case management statement[1] and last week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] Case No. 5:14-cv-04692: Docket No. 40.

1
Case Nos. 5:14-cv-00618-PSG; 5:14-cv-04692-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is January 26, 2015.

IT IS FURTHER ORDERED that both cases will proceed along a common discovery schedule and will share a common trial date.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Date |
|---|---|
| Deadline to File Motion for Class Certification | February 27, 2015 |
| Response to Class Certification | April 15, 2015 |
| Reply re Class Certification | April 30, 2015 |
| Hearing on Class Certification | May 19, 2015 |
| Fact Discovery Cut-Off | June 30, 2015 |
| Plaintiffs' Expert Disclosure and Reports | September 10, 2015 |
| Defendant's Expert Disclosure and Reports | October 10, 2015 |
| Expert Rebuttal Reports Due | November 2, 2015 |
| Last Day to File Dispositive Motions | December 1, 2015 |
| Dispositive Motions Hearing | January 5, 2016 at 10 AM |
| Pre-Trial Conference | January 19, 2016 at 10 AM |
| Jury Trial | February 1, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: December 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge