1  ROBERT L. WALLAN #126480
   robert.wallan@pillsburylaw.com
2  ALYSON R. PARKER #270660
   alyson.parker@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
5  Facsimile: (213) 629-1033

6  Attorneys for Defendant
   MEDORA HOLDINGS, LLC
7

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  KARISA NGUYEN, PEARLINE                )  Consolidated Case No. 5:14-CV-00618-
    BLACKWOOD, and ANDRE                   )  PSG
13  VANDENBERG, on behalf of themselves    )
    and all others similarly situated,     )  REQUEST FOR ATTORNEY ROGER
14                                         )  BERG TO APPEAR AT MOTION FOR
                      Plaintiffs,          )  CLASS CERTIFICATION HEARING
15                                         )  VIA COURTCALL
         vs.                               )
16                                         )  CrtRm.: 5, 4th Floor
    MEDORA HOLDINGS, LLC,                  )  Date:   May 12, 2015
17                                         )  Time:   1:30 p.m.
                      Defendant.           )
18                                         )  Judge:  Hon. Paul S. Grewal

19

20

21

22

23

24

25

26

27

28

501600216v1                    - 1 -                REQUEST TO APPEAR AT MOTION FOR CLASS
                                                    CERTIFICATION HEARING VIA COURTCALL
                                                    Case No. 5:14-CV-00618-PSG

1  Defendant Medora Holdings, LLC ("Medora"), hereby requests that attorney Roger
2  Berg of Pillsbury Winthrop Shaw Pittman LLP be permitted to appear telephonically at the
3  hearing on the Motion for class certification in the above-captioned case.

5  Dated: May 8, 2015

ROBERT L. WALLAN
ALYSON R. PARKER
PILLSBURY WINTHROP SHAW PITTMAN LLP


By: /s/ Robert L. Wallan
 Robert L. Wallan
Attorneys for Defendant
MEDORA HOLDINGS, LLC