| | |
|---|---|
| KARISA NGUYEN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MEDORA HOLDINGS, LLC,<br><br>　　　　　　Defendant. | Case No. 5:14-cv-00618-PSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**<br><br>**(Re: Docket No. 75)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Plaintiffs move for leave to file a supplemental memorandum on their motion for class certification, on the grounds that Defendant made new and untrue claims at oral argument. Defendant Medora Holdings, LLC counters that Plaintiffs' motion is procedurally improper. After considering the arguments, the court GRANTS Plaintiffs' leave to file their supplemental memorandum. Medora may respond with a brief no longer than eight pages within 14 days. No further briefing on the matter will be considered.

1
Case No. 5:14-cv-00618-PSG
ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

**SO ORDERED.**

Dated: June 12, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge