ROBERT L. WALLAN #126480
robert.wallan@pillsburylaw.com
ALYSON R. PARKER #270660
alyson.parker@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant
MEDORA HOLDINGS, LLC

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARISA NGUYEN, PEARLINE BLACKWOOD, and ANDRE VANDENBERG, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MEDORA HOLDINGS, LLC,<br><br>  Defendant. | Consolidated Case No. 5:14-CV-00618-PSG<br><br>**REQUEST FOR ATTORNEYS ROGER BERG AND ALYSON PARKER TO APPEAR AT MOTION TO COMPEL AND STATUS CONFERENCE HEARING VIA COURTCALL**<br><br>Date:  August 25, 2015<br>Time:  10:00 a.m.<br>CrtRm.:  5, 4th Floor<br><br>Judge:  Hon. Paul S. Grewal |

501662781v1

- 1 -

REQUEST FOR ATTORNEYS ROGER BERG AND ALYSON PARKER TO APPEAR AT MOTION TO COMPEL AND STATUS CONFERENCE HEARING VIA COURTCALL
Case No. 5:14-CV-00618-PSG

Defendant Medora Holdings, LLC ("Medora"), hereby requests that attorneys Roger Berg and Alyson Parker of Pillsbury Winthrop Shaw Pittman LLP be permitted to appear telephonically at the Plaintiffs' Motion to Compel and Status Conference hearing in the above-captioned case.

Dated:  August 21, 2015

                              ROBERT L. WALLAN
                              ALYSON R. PARKER
                              PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   /s/ Robert L. Wallan
                              Robert L. Wallan
                              Attorneys for Defendant
                              MEDORA HOLDINGS, LLC